[65 NE3d 1275, 43 NYS3d 240]

The Bank of New York Mellon, Solely as Securities Administrator for J.P. Morgan Mortgage Acquisition Trust 2006-WMC4, Respondent, v WMC Mortgage, LLC, Defendant, and J.P. Morgan Mortgage Acquisition Corporation et al., Appellants.

Decided October 25, 2016

1040

### APPEARANCES OF COUNSEL

*Sullivan & Cromwell LLP*, New York City (*Darrell S. Cafasso, Robert A. Sacks* and *Brent J. McIntosh* of counsel), for appellants.

*Holwell Shuster & Goldberg LLP*, New York City (*Michael S. Shuster, Dwight A. Healy* and *Scott M. Danner* of counsel), for respondent.

*Securities Industry and Financial Markets Association*, Washington, D.C. (*Kevin M. Carroll* of counsel), and *Stroock & Stroock & Lavan LLP*, New York City (*Michael C. Keats* and *David J. Kahne* of counsel), for Securities Industry and Financial Markets Association, amicus curiae.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question answered in the affirmative. The motion of defendants-appellants, insofar as it sought to dismiss plaintiff's third and fourth causes of action and so much of the seventh cause of action as is based on breach of J.P. Morgan Mortgage Acquisition Corporation's warranties, was properly denied.

Concur: Chief Judge DiFIORE and Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN, FAHEY and GARCIA.